UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERMAINE J. CAMPBELL,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>GREG COX, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:13-cv-02303-JAD-NJK<br><br>ORDER<br><br>(Docket No. 29) |

Pending before the Court is Plaintiff's motion to proceed to prove allegations, filed on April 6, 2015. Docket No. 29. The Court has considered Plaintiff's motion and Defendants' response. Docket Nos. 29, 30. Plaintiff did not file a reply. *See* Docket. The Court finds that this motion is properly resolved without oral argument. *See* Local Rule 78-2

Plaintiff represents that discovery is necessary in order to "get the evidence needed to prove the allegations brought forth against the defendants in this case." Docket No. 29, at 1. Pursuant to the scheduling order entered on March 24, 2015, the current deadline for discovery is June 22, 2015. Docket No. 27, at 2. Thus, Plaintiff is permitted to seek discovery from Defendants pursuant to the scheduling order. Accordingly, Plaintiff's motion to proceed to prove allegations (Docket No. 29) is **DENIED** as moot.

IT IS SO ORDERED.

DATED: May 18, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge